1  MATTHEW KLEINER (SBN: 024275)
   GORDON & REES LLP
2  101 W. Broadway
   Suite 2000
3  San Diego, CA  92101
   Telephone:  (619) 696-6700
4  Facsimile:  (619) 696-7124

5  Attorneys for Defendant
   AETNA LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jacqueline Mulville, | CASE NO. 2:15-cv-00422-JWS |
| Plaintiff, | **STIPULATION TO DISMISS CASE WITH PREJUDICE** |
| v. | |
| Aetna Life Insurance Company, The Home Depot, U.S.A., Inc., The Home Depot, U.S.A., Inc. Long Term Disability Plan | Trial Date: None set |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Plaintiff Jacqueline Mulville ("Plaintiff") and Defendant Aetna Life Insurance Company ("Defendant"), by and through their respective counsel of record, that this action shall be dismissed with prejudice as to defendants pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear its own attorneys' fees and costs.

/ / /

/ / /

1     IT IS HEREBY STIPULATED

2     Respectfully submitted this 20th day of July, 2016

3 Dated: July 20, 2016                   SCOTT E. DAVIS, P.C.

By:  */s/Scott E.Davis*
     Scott E. Davis
     Attorneys for Plaintiff
     JACQUELINE MULVILLE

Dated: July 20, 2016                   GORDON & REES LLP

By:  */s/Matthew G. Kleiner*
     Matthew G. Kleiner
     Attorneys for Aetna Life
     Insurance Company

## Certificate of Service

I hereby certify that on the July 20, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and service on counsel for Plaintiff:

Scott Davis, Esq.　　　　　　　　　　　Attorneys for Plaintiff
SCOTT E. DAVIS, P.C.　　　　　　　　Jacqueline Mulville
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260
Telephone: (602) 482-4300

*Becky J. Neidhardt* (signature)

_____
Becky J. Neidhardt