UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| JACQUELINE MULVILLE | v. | AETNA LIFE INSURANCE COMPANY |
| HON. JOHN W. SEDWICK | | 2:15-cv-00422-JWS |
| ORDER FROM CHAMBERS | | July 21, 2016 |

_____

    The stipulation at docket 18 is effective without an order from the court.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk will please close this file.

_____